**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Revised: December 28, 2012

Official Caption[1]

2013-1093

REALTIME DATA, LLC (doing business as IXO),

Plaintiff-Appellant,

v.

CME GROUP, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., and NEW YORK MERCANTILE EXCHANGE, INC. (agent of Nymex),

Defendants-Appellees,

and

BATS TRADING, INC. (also known as BATS Exchange, Inc.),

Defendant-Appellee,

and

INTERNATIONAL SECURITIES EXCHANGE,

Defendant-Appellee,

and

NASDAQ OMX GROUP, INC. and NASDAQ OMX PHLX, INC.,

Defendants-Appellees,

and

NYSE EURONEXT, OPTIONS PRICE REPORTING AUTHORITY, NYSE ARCA, INC., NYSE MKT, LLC (formerly known as NYSE Amex, LLC), and SECURITIES INDUSTRY AUTOMATION CORPORATION,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-6697, Judge Katherine B. Forrest.

Authorized Abbreviated Caption[2]

REALTIME DATA, LLC V CME GROUP, INC., 2013-1093

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.